**Daniel H. KING, Plaintiff–Appellant,**

v.

**Attorney General Eric HOLDER; Kathleen Sibelius; Charles E. Samuels, Jr.; Justin Andrews, Defendants–Appellees.**

No. 14–7439.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

Daniel H. King, Appellant Pro Se. Kimberly Ann Moore, Thomas Gray Walker, Office Of The United States, Raleigh, North Carolina, for Appellee.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *King v. Holder,* No. 5:13–ct–03179–FL, 2014 WL 4701924 (E.D.N.C. Sept. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*